UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE SANTOS ALVARADO-VELASQUEZ, et al.,<br><br>Defendants. | Case No. 23-cr-43 (TNM) |

## VERDICT FORM

### WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS

**1. Jose Alvarado-Velasquez**

### I. RICO CONSPIRACY

**Count One:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at least 2019 through August 2022.

Guilty __X__                                   Not Guilty _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions:

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__                                   No: _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving kidnapping in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__                                   No: _____

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving robbery in violation of the D.C. Code or Virginia law as instructed by this court?

Yes: __X__                                    No: _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal narcotics laws as instructed by this Court?

Yes: __X__                                    No: _____

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal witness tampering laws as instructed by this Court?

Yes: __X__                                    No: __0__

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal firearms trafficking laws as instructed by this Court?

Yes: __X__                                    No: _____

**Special Finding**:

If you find the defendant guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor One, that is, aided and abetted by others, feloniously, willfully and with deliberately premeditated malice, killed and murdered Carlos Ramos Martinez in violation of the laws of Maryland; and purposely, and with deliberate and premeditated malice, and with malice aforethought, killed Carlos Ramos Martinez in violation of the laws of the District of Columbia.

**Yes: _X_**                                    **No: _____**

## II. VICAR-MURDER

**Count Two:** Murder in aid of racketeering activity of Carlos Ramos Martinez on or about July 14, 2021.

**Guilty __X__**                                    **Not Guilty _____**

## III. KIDNAPPING COUNTS

**Count Three:** Conspiracy to Commit Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 12, 2021 and July 14, 2021.

**Guilty __X__**                                    **Not Guilty _____**

**Count Four:** Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 13, 2021 and July 14, 2021.

       **Guilty** __X__               **Not Guilty** _____

## IV. FIREARMS COUNTS

With regard to Count Five of the Indictment, only consider Count Five of the Indictment if you have found the defendant guilty of Count Two. If you have found the defendant not guilty of Count 2, then you should not render a verdict on Count Five of the Indictment.

**Count Five:** Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and In Relation to a Crime of Violence on or about July 14, 2021.

       **Guilty** __X__               **Not Guilty** _____

If you find the defendant guilty of Count Five, do you find that the defendant discharged or aided and abetted in the discharge of a firearm?

       **Yes:** __X__               **No:** _____

**Count Six:** Unlawful Possession of a Firearm by an Alien Illegally or Unlawfully in the United States on or about July 14, 2021.

       **Guilty** __X__               **Not Guilty** _____

## 2. Gerlin Neptali Diaz-Lopez

### I. RICO CONSPIRACY

**Count One:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at least 2019 through August 2022.

**Guilty** __X__          **Not Guilty** _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions:

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__          No: _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving kidnapping in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__          No: _____

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving robbery in violation of the D.C. Code or Virginia law as instructed by this court?

   Yes: __X__          No: _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal narcotics laws as instructed by this Court?

   Yes: __X__          No: _____

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal witness tampering laws as instructed by this Court?

   Yes: __X__          No: _____

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal firearms trafficking laws as instructed by this Court?

Yes: __X__　　　　　　　　　　No: _____

**Special Finding:**

If you find the defendant guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor One, that is, aided and abetted by others, feloniously, willfully and with deliberately premeditated malice, killed and murdered Carlos Ramos Martinez in violation of the laws of Maryland; and purposely, and with deliberate and premeditated malice, and with malice aforethought, killed Carlos Ramos Martinez in violation of the laws of the District of Columbia.

Yes: __X__　　　　　　　　　　No: _____

## II. VICAR-MURDER

**Count Two:** Murder in aid of racketeering activity of Carlos Ramos Martinez on or about July 14, 2021.

Guilty __X__　　　　　　　　　　Not Guilty _____

## III. KIDNAPPING COUNTS

**Count Three:** Conspiracy to Commit Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 12, 2021 and July 14, 2021.

Guilty __X__　　　　　　　　　　Not Guilty _____

**Count Four:** Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 13, 2021 and July 14, 2021.

Guilty __X__　　　　　　　　　　Not Guilty _____

## IV. FIREARMS COUNTS

With regard to Count Five of the Indictment, only consider Count Five of the Indictment if you have found the defendant guilty of Count Two. If you have found the defendant not guilty of Count 2, then you should not render a verdict on Count Five of the Indictment.

**Count Five:** Using, Carrying, and Possessing a Firearm During and In Relation to a Crime of Violence on or about July 14, 2021.

**Guilty** __X__                                **Not Guilty** _____

If you find the defendant guilty of Count Five, do you find that the defendant discharged or aided and abetted in the discharge of a firearm?

Yes: __X__                                      No: _____

**Count Six:** Unlawful Possession of a Firearm by an Alien Illegally or Unlawfully in the United States on or about July 14, 2021.

**Guilty** __X__                                **Not Guilty** _____

### 3. Jose Ibarra Cristales

## I. RICO CONSPIRACY

**Count One:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at least 2019 through August 2022.

**Guilty** __X__    **Not Guilty** _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions:

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__    No: _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving kidnapping in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__    No: _____

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving robbery in violation of the D.C. Code or Virginia law as instructed by this court?

   Yes: __X__    No: _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal narcotics laws as instructed by this Court?

   Yes: __X__    No: _____

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal witness tampering laws as instructed by this Court?

   Yes: __X__    No: _____

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal firearms trafficking laws as instructed by this Court?

Yes: __X__   No: _____

**Special Finding:**

If you find the defendant guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor One, that is, aided and abetted by others, feloniously, willfully and with deliberately premeditated malice, killed and murdered Carlos Ramos Martinez in violation of the laws of Maryland; and purposely, and with deliberate and premeditated malice, and with malice aforethought, killed Carlos Ramos Martinez in violation of the laws of the District of Columbia.

Yes: _____   No: __X__

## II. VICAR-MURDER

**Count Two:** Murder in aid of racketeering activity of Carlos Ramos Martinez on or about July 14, 2021.

Guilty __X__   Not Guilty _____

## III. KIDNAPPING COUNTS

**Count Three:** Conspiracy to Commit Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 12, 2021 and July 14, 2021.

Guilty __X__   Not Guilty _____

**Count Four:** Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 13, 2021 and July 14, 2021.

Guilty _____   Not Guilty __X__

## IV. FIREARMS COUNTS

With regard to Count Five of the Indictment, only consider Count Five of the Indictment if you have found the defendant guilty of Count Two. If you have found the defendant not guilty of Count 2, then you should not render a verdict on Count Five of the Indictment.

**Count Five:** Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During and In Relation to a Crime of Violence on or about July 14, 2021.

**Guilty** _____   **Not Guilty** \_\_\_X\_\_\_\_

If you find the defendant guilty of Count Five, do you find that the defendant discharged or aided and abetted in the discharge of a firearm?

Yes: _____   No: \_X\_\_

**Count Six:** Unlawful Possession of a Firearm by an Alien Illegally or Unlawfully in the United States on or about July 14, 2021.

**Guilty** _____   **Not Guilty** \_\_\_X\_\_\_\_

9

### 4. Carlos Rolando Martinez Mora

**I. RICO CONSPIRACY**

**Count One:** Count One: Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at least 2019 through August 2022.

**Guilty** __X__        **Not Guilty** _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions:

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__        No: _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving kidnapping in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__        No: _____

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving robbery in violation of the D.C. Code or Virginia law as instructed by this court?

   Yes: __X__        No: _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal narcotics laws as instructed by this Court?

   Yes: __X__        No: _____

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal witness tampering laws as instructed by this Court?

   Yes: __X__        No: _____

10

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal firearms trafficking laws as instructed by this Court?

Yes: __X__                                   No: _____

**Special Findings:**

If you find the defendant guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor One, that is, aided and abetted by others, feloniously, willfully and with deliberately premeditated malice, killed and murdered Carlos Ramos Martinez in violation of the laws of Maryland; and purposely, and with deliberate and premeditated malice, and with malice aforethought, killed Carlos Ramos Martinez in violation of the laws of the District of Columbia.

Yes: __X__                                   No: _____

If you find the defendant guilty of Count One, do you find that the defendant committed the murder set forth in the Notice of Special Sentencing Factor One, that is aided and abetted by others, feloniously, willfully, and with deliberately premeditated malice killed and murdered Danis Alcides Salgado Mata, in violation of Maryland Code, and the Common Law of Maryland; and purposely, and with deliberate and premeditated malice, and with malice aforethought, killed Danis Alcides Salgado Mata, in violation of the D.C. Code.

Yes: __X__                                   No: _____

## II. VICAR-MURDER

**Count Two:** Murder in aid of racketeering activity of Carlos Ramos Martinez on or about July 14, 2021.

   **Guilty __X__**                          **Not Guilty _____**

**Count Seven:** Murder in aid of racketeering activity of Danis Alcides Salgado Mata on or about December 19, 2021.

   **Guilty __X__**                          **Not Guilty _____**

## III. KIDNAPPING COUNTS

**Count Three:** Conspiracy to Commit Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 12, 2021 and July 14, 2021.

**Guilty** __X__                                          **Not Guilty** _____

**Count Four:** Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 13, 2021 and July 14, 2021.

**Guilty** __X__                                          **Not Guilty** _____

## 5. Bradley Andree Martinez-Mora

### I. RICO CONSPIRACY

**Count One**: Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at least 2019 through August 2022.

Guilty __X__                                   Not Guilty _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions:

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__                                  No: _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving kidnapping in violation of the D.C. Code or Maryland law as instructed by this court?

   Yes: __X__                                  No: _____

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving robbery in violation of the D.C. Code or Virginia law as instructed by this court?

   Yes: __X__                                  No: _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal narcotics laws as instructed by this Court?

   Yes: __X__                                  No: _____

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal witness tampering laws as instructed by this Court?

   Yes: __X__                                  No: _____

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal firearms trafficking laws as instructed by this Court?

Yes: __X__   No: _____

## II. KIDNAPPING

**Count Three:** Conspiracy to Commit Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 12, 2021 and July 14, 2021.

**Guilty** __X__   **Not Guilty** _____

14

## 6. Jexon Madrid Flores

### I. RICO CONSPIRACY

**Count One:** Conspiracy to conduct and participate, directly and indirectly, in the affairs of an enterprise, through a pattern of racketeering activity from at least 2019 through August 2022.

   **Guilty** __X__            **Not Guilty** _____

If you find the defendant guilty of Count One, RICO Conspiracy, proceed to answer the following questions:

1. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving murder in violation of the D.C. Code or Maryland law as instructed by this court?

  Yes: __X__        No: _____

2. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving kidnapping in violation of the D.C. Code or Maryland law as instructed by this court?

  Yes: __X__        No: _____

3. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving robbery in violation of the D.C. Code or Virginia law as instructed by this court?

  Yes: __X__        No: _____

4. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal narcotics laws as instructed by this Court?

  Yes: __X__        No: _____

5. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal witness tampering laws as instructed by this Court?

  Yes: __X__        No: _____

6. Do you find that the pattern of racketeering activity agreed to by the defendant included any act or acts involving violation of federal firearms trafficking laws as instructed by this Court?

Yes: __X__      No: _____

## II. KIDNAPPING

**Count Three:** Conspiracy to Commit Kidnapping Resulting in Death of Carlos Ramos Martinez between on or about July 12, 2021 and July 14, 2021.

**Guilty** __X__      **Not Guilty** _____

**BY:** _____

    **FOREPERSON**      **JUROR NUMBER**